EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Gerardo Fernández Amy | 2017 TSPR 17<br><br>197 DPR ____ |

Número del Caso: TS-9708

Fecha: 6 de febrero de 2017

Abogados de la parte peticionaria:

     Lcdo. Arturo Negrón García
     Lcdo. Arturo Negrón Vargas
     Lcdo. Jorge C. Pizarro García
     Lcdo. Homero González López

Materia: Reinstalación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Gerardo Fernández Amy                    TS-9,708

RESOLUCIÓN

San Juan, Puerto Rico, a 6 de febrero de 2017.

Examinada la *Moción en Solicitud de Reinstalación al Ejercicio de la Abogacía*, presentada por el señor Gerardo Fernández Amy, se provee ha lugar.

Se le apercibe al abogado Fernández Amy que deberá continuar corrigiendo, a sus expensas, las deficiencias señaladas por la Oficina de Inspección de Notarías y en un término de noventa (90) días deberá presentar una certificación del Programa de Educación Jurídica Continua en la cual acredite que ha cumplido con los requisitos reglamentarios de educación jurídica.

Se le ordena al Secretario del Tribunal registrar el cambio de estatus a abogado activo en el Registro Único de Abogados y Abogadas de Puerto Rico (RÚA). Además, se le ordena al abogado Fernández Amy actualizar su información de contacto en el RÚA.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. La Juez Asociada señora Rodríguez Rodríguez proveería no ha lugar.

Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo